# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

_____
)
)
Plaintiff(s),     )
vs.                                              )
)
)
)
Defendant(s).     )
_____)

FILED / ENTERED / SERVED ON
COUNSEL/PARTIES OF RECORD
AUG 15 2025
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## SUBSTITUTION OF ATTORNEY

_____JOSE RESENDIZ MARTINEZ\_\_\_\_\_ (Plaintiff) (Defendant) hereby substitutes
(Name of Party)

_____ANYA SANKO ESQ._____
(New Attorney)

(Address): _____400 S. 4TH STREET SUITE 215, LAS VEGAS, NV 89101_____

(Telephone): \_\_\_(702) 765-4354\_\_\_, as attorney of record in place and

stead of: Martin Novillo _____
(Present Attorney)

DATED: 8/15/25        _____
                                    (Signature of Party)

I consent to the above substitution.

DATED: 8/15/25        _____
                                    (Signature of Present Attorney)

. . .

. . .

. . .

1

6/95

1 | I am duly admitted to practice in this District.
2 | Above substitution accepted.
3 | DATED: 8/15/25          _____
                                    (Signature of New Attorney)
5 | Please check one: √  RETAINED, or ____ APPOINTED BY THE COURT
7 |                              APPROVED:
9 | DATED: 8/15/2025        _____
10 |                               UNITED STATES DISTRICT JUDGE

2

6/95